UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORGE OROZCO and ANTONIO BAUTISTA,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

    -against-

STEBAR FOOD CORP. (D/B/A WALNUT BUS STOP), and GERASIMOS THOMATOS (AKA MIKE),

                *Defendants,*
-----------------------------------------------------------------X

Civil Action No. 1:24-cv-07196-JPO

**JUDGMENT**

## **JUDGMENT**

On August 27, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JORGE OROZCO has judgment against STEBAR FOOD CORP. (D/B/A WALNUT BUS STOP), and GERASIMOS THOMATOS (AKA MIKE), jointly and severally, in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated:   August 28  , 2025

_____
J. PAUL OETKEN
United States District Judge